IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOSEPH TERREL DANIELS     PLAINTIFF

v.     Case No. 23-cv-6105

SERGEANT COGNEY PICKETT, *et al*.     DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. After evaluating the 42 U.S.C. § 1983 claims in Plaintiff's *pro se* complaint for preservice screening pursuant to 28 U.S.C. § 1915A, Judge Comstock recommends that Plaintiff's conditions of confinement claims be allowed to proceed and that all other claims be dismissed without prejudice.

No party has filed an objection to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 6) *in toto*.[1] Plaintiff's conditions of confinement claims may proceed. Plaintiff's remaining claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Plaintiff filed a Motion for Leave to Amend Complaint (ECF No. 7) after Judge Comstock issued the instant R&R, but the Court finds that the proposed amendments would not cure the deficiencies in Plaintiff's complaint identified by Judge Comstock.