IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOSEPH TERRELL DANIELS                                                                              PLAINTIFF

v.                                            Case No. 6:23-cv-6105

SERGEANT COGNEY PICKETT, *et al*.                                                             DEFENDANTS

## ORDER

    Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 26. Judge Comstock recommends that Plaintiff's Amended Complaint (ECF No. 10) be dismissed without prejudice for failing to prosecute this matter in violation of Federal Rule of Civil Procedure 41(b) and for failure to obey orders of the Court in violation of Local Rule 5.5(c)(2). Plaintiff has not responded to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

    Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 26) in toto. Plaintiff's Amended Complaint (ECF No. 10) hereby is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 15th day of October, 2024.

                                                                     /s/ Susan O. Hickey
                                                                     Susan O. Hickey
                                                                       Chief United States District Judge